FORM 8A

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC. and ASF-K DE MEXICO S. DE R.L. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> COALITION OF FREIGHT COUPLER PRODUCERS, <br><br> Defendant-Intervenor. | Court No. 23-00242 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: February 7, 2025

/s/ Richard P. Ferrin
Douglas J. Heffner
Brian Perryman
Richard P. Ferrin
Carolyn Bethea Connolly
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC 20005
(202) 230-5803
*Attorneys for Plaintiffs*

Amsted Rail Co. Inc. v. United States
Court No. 23-00242

Of Counsel:

SHELBY ANDERSON
Assistant Chief Counsel
Department of Commerce
Office of Chief Counsel for Trade
Enforcement & Compliance
1401 Constitution Avenue, NW
Washington, DC 20005

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Emma E. Bond
EMMA E. BOND
Senior Trial Counsel
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480 | Ben Franklin Station
Washington, D.C. 20044
202-305-2034 |
emma.e.bond@usdoj.gov

*Attorneys for Defendant*

/s/ Daniel B. Pickard
Daniel B. Pickard, Esq.

**BUCHANAN INGERSOLL & ROONEY PC**
1700 K St NW, Suite 300
Washington, DC 20006-3807
(202) 452 7900
*Counsel to Defendant-Intervenor*

2